```
┌─────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│               CIVIL DOCKET ENTRIES FOR CASE A04-0057--CV (JKS)          │
│               "ALEXANDER NOON ET AL V AK STATE BOARD OF ED"             │
├─────────────────────────────────────────────────────────────────────────┤
│           Including terminated parties, excluding terminated counsel    │
└─────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 03/16/04
            Closed: 11/03/04

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

   Nature of Suit: (440) Other Civil Rights

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 04/16/04 receipt # 00122709
          Trial by:
```

Parties of Record:                              Counsel of Record:

| | |
|---|---|
| PLF 1.1           NOON, ALEXANDER | David W. Oesting<br>Davis Wright et al<br>701 W. 8th Avenue, Suite 800<br>Anchorage, AK 99501-3408<br>907-257-5300<br>FAX 907-257-5399 |
| | David C. Fleurant<br>Disability Law Center of Alaska<br>3330 Arctic Blvd, Suite 103<br>Anchorage, AK 99503<br>907-565-1002<br>FAX 907-565-1000 |
| | Joan M. Wilson<br>Attorney General's Office<br>100 Cushman Street<br>Fairbanks, AK 99701<br>907-257-5300<br>FAX 907-257-5399 |
| | Sid Wolinsky<br>Disability Rights Advocates<br>2001 Center Street, Third Floor<br>Berkely, CA 94704<br>510-665-8644<br>FAX 510-665-8511 |
| | Alison Aubrejuan<br>Disability Rights Advocates<br>2001 Center Street, Third Floor<br>Berkely, CA 94704<br>510-665-8644<br>FAX 510-665-8511 |

```
┌─────────────────────────────────────────────────────────────────────────┐
│            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│            CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0057--CV (JKS)    │
│                "ALEXANDER NOON ET AL V AK STATE BOARD OF ED"             │
├─────────────────────────────────────────────────────────────────────────┤
│            Including terminated parties, excluding terminated counsel    │
└─────────────────────────────────────────────────────────────────────────┘
```

Parties of Record: | Counsel of Record:
---|---
 | Monica Goracke
 | Disability Rights Advocates
 | 2001 Center Street, Third Floor
 | Berkely, CA 94704
 | 510-665-8644
 | FAX 510-665-8511
 | 
 | Stephen Tollafield
 | Disability Rights Advocates
 | 2001 Center Stree, Third Floor
 | Berkeley, CA 94704
 | 510-665-8644
 | FAX 510-665-8511
 | 
 | Sonja D. Kerr
 | Disability Law Center of Alaska
 | 3300 Arctic Blvd., Suite 103
 | Anchorage, AK 99503
 | 907-565-1002
 | FAX 907-565-1000
PLF 2.1    LEIBACH, KENDALL | David W. Oesting
 | (see above)
 | 
 | David C. Fleurant
 | (see above)
 | 
 | Joan M. Wilson
 | (see above)
 | 
 | Sid Wolinsky
 | (see above)
 | 
 | Alison Aubrejuan
 | (see above)
 | 
 | Monica Goracke
 | (see above)
 | 
 | Stephen Tollafield
 | (see above)
 | 
 | Sonja D. Kerr
 | (see above)
PLF 3.1    MATES, DOUGLAS | David W. Oesting
 | (see above)
 | 
 | David C. Fleurant
 | (see above)

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0057--CV (JKS)
                              "ALEXANDER NOON ET AL V AK STATE BOARD OF ED"

                        Including terminated parties, excluding terminated counsel
```

```
Parties of Record:                      Counsel of Record:
                                        Joan M. Wilson
                                        (see above)

                                        Sid Wolinsky
                                        (see above)

                                        Alison Aubrejuan
                                        (see above)

                                        Monica Goracke
                                        (see above)

                                        Stephen Tollafield
                                        (see above)

                                        Sonja D. Kerr
                                        (see above)

PLF 4.1         LUPIE, TIANA            David W. Oesting
                                        (see above)

                                        David C. Fleurant
                                        (see above)

                                        Joan M. Wilson
                                        (see above)

                                        Sid Wolinsky
                                        (see above)

                                        Alison Aubrejuan
                                        (see above)

                                        Monica Goracke
                                        (see above)

                                        Stephen Tollafield
                                        (see above)

                                        Sonja D. Kerr
                                        (see above)

PLF 5.1         TAKAK, IRENE            David W. Oesting
                                        (see above)

                                        David C. Fleurant
                                        (see above)

                                        Joan M. Wilson
                                        (see above)
```

```
┌─────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA │
│              CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0057--CV (JKS) │
│                 "ALEXANDER NOON ET AL V AK STATE BOARD OF ED"       │
├─────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel │
└─────────────────────────────────────────────────────────────────────┘
```

Parties of Record:                        Counsel of Record:

|  |  |
|---|---|
|  | Sid Wolinsky<br>(see above) |
|  | Alison Aubrejuan<br>(see above) |
|  | Monica Goracke<br>(see above) |
|  | Stephen Tollafield<br>(see above) |
|  | Sonja D. Kerr<br>(see above) |
| PLF 6.1    LEARNING DISABILITIES ASSOC OF ALASKA | David W. Oesting<br>(see above) |
|  | David C. Fleurant<br>(see above) |
|  | Joan M. Wilson<br>(see above) |
|  | Sid Wolinsky<br>(see above) |
|  | Alison Aubrejuan<br>(see above) |
|  | Monica Goracke<br>(see above) |
|  | Stephen Tollafield<br>(see above) |
|  | Sonja D. Kerr<br>(see above) |
| DEF 1.1    AK STATE BOARD OF EDUCATION & EARLY DEVELOPMENT | Stephen C. Slotnick<br>Attorney General's Office<br>POB 110300<br>Juneau, AK 99801<br>907-465-3600 |
|  | G. Kenneth Truitt<br>SEARHC<br>3245 Hospital Drive<br>Juneau, AK 99801<br>907-463-6643 |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0057--CV (JKS)
                  "ALEXANDER NOON ET AL V AK STATE BOARD OF ED"

             Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 2.1 | SAMPSON, ROGER | Stephen C. Slotnick (see above) |
| | | G. Kenneth Truitt (see above) |
| DEF 3.1 | ANCHORAGE SCHOOL DISTRICT | Howard S. Trickey<br>Jermain Dunnagan et al<br>3000 A Street, Suite 300<br>Anchorage, AK 99503<br>907-563-8844 |
| DEF 4.1 | SMILEY, RICHARD | Stephen C. Slotnick (see above) |
| | | G. Kenneth Truitt (see above) |

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│              CIVIL DOCKET ENTRIES FOR CASE A04-0057--CV (JKS)           │
│                 "ALEXANDER NOON ET AL V AK STATE BOARD OF ED"           │
├─────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                         │
└─────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 03/16/04
            Closed: 11/03/04

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 04/16/04 receipt # 00122709
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/16/04 | Complaint filed; Summons issued. |
| 2 - 1 | 03/16/04 | PLF 1-6 motion of non-resident attorney for leave to appear of Sid Wolinsky, Alison Aubrejuan, Monica Goracke, Stephen Tollafield as cnsl w/S. Wolinsky as lead cnsl w/lcl cnsl of D. Oesting, J.Wilson, and David Fleurant w/att exhs. |
| 3 - 1 | 03/17/04 | DEF 3 Attorney Appearance of Howard S. Trickey (JERMAIN). |
| 4 - 1 | 03/17/04 | PLF 1-6 motion for class certification w/att decla and exhs. (original located in folder behind file) |
| 5 - 1 | 03/17/04 | PLF 1-6 Request for Oral Argument re: PLF 1-6 motion for class certification (4-1). |
| 6 - 1 | 03/23/04 | PLF 1-6 Return of Service Executed re: DEF 4 on 3/18/04. |
| 7 - 1 | 03/23/04 | This docket # not used. |
| 8 - 1 | 03/23/04 | PLF 1-6 Return of Service Executed re: DEF 2 on 3/18/04. |
| 9 - 1 | 03/23/04 | PLF 1-6 Return of Service Executed re: DEF 1 on 3/18/04. |
| 10 - 1 | 03/24/04 | JKS Minute Order granting motion of non-resident attorney for leave to appear (2-1). Counsel for plfs file a status report by 4/7/04 of whom will accept the responsibility to serve as lead counsel. cc: cnsl, S. Wolinsky |
| 11 - 1 | 03/25/04 | PLF 1-6 Return of Service Executed re: Carol Comeau on 3/17/04. |
| 12 - 1 | 03/25/04 | PLF 1-6 Return of Service Executed re: DEF 3 on 3/17/04. |
| 13 - 1 | 04/05/04 | PLF 1-6 Status Report. |
| 14 - 1 | 04/06/04 | PLF 1-6 Corrected certificate of service re: status report. |
| 15 - 1 | 04/06/04 | DEF 1-2; 4 Attorney Appearance of S. Slotnick (AAG-Juneau) and G. Truitt (AAG-Juneau). |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0057--CV (JKS)
                        "ALEXANDER NOON ET AL V AK STATE BOARD OF ED"

                                     For all filing dates
```

```
Document #    Filed       Docket text

  16 -   1   04/07/04   PLF 1-6; DEF 1-4 Stipulation regarding class certification and use of
                        HSGQE test result.

  16 -   2   04/07/04   JKS Order granting mot for class certif (4-1), stip regarding class
                        certif and use of HSGQE test result (16-1). cc: cnsl, J. Wilson (Davis)

  17 -   1   04/07/04   PLF 1-6; DEF 1-4 mot (joint) for exped consideration of joint stip &
                        order regarding class certification and use of HSGQE results.

  17 -   2   04/07/04   JKS Order granting mot (joint) for exped consideration of joint stip &
                        order regarding (17-1). cc: cnsl, J. Wilson (Davis)

  18 -   1   04/07/04   PLF 1-6 Errata re: PLF 1-6; DEF 1-4 mot (joint) for exped consideration
                        of joint stip & order regarding class certification and use of HSGQE
                        results. (17-1)w/att aff of J. Wilson.

  19 -   1   04/08/04   DEF 1-2; 4 Amended Attorney Appearance of Stephen C. Slotnick
                        (AAG-Juneau) and G. Ken Truitt (AAG-Juneau)

  20 -   1   06/25/04   PLF 1-6 motion for admission pro hac vice of S. Kerr w/att decla & exh.

  20 -   2   06/30/04   JKS Order granting mot for admission pro hac vice of S. Kerr (20-1). cc:
                        cnsl, S. Kerr

  21 -   1   07/13/04   PLF 1-6; DEF 1-4 Joint stat rpt.

  21 -   2   07/19/04   JKS Order that stat rpt shall be fld by 08/09/04 re: progress of settl
                        negotiations. cc: cnsl

  22 -   1   08/11/04   PLF 1-6; DEF 1-4 motion (joint) for preliminary approval of settlement
                        agreement w/att exhs.

  23 -   1   08/13/04   JKS Order granting mot (joint) for prel approval of settl agreement
                        (22-1); fairness hearing set 9/30/04 @ 8:00 a.m. before Judge Sedwick;
                        class members objs due 9/20/04; class members written notice of desire
                        to be heard orally due 9/24/04; parties to publish primary notice of
                        this case in each major newspaper in state by 9/10/04. cc: cnsl, Judge
                        Sedwick

  24 -   1   08/24/04   Stipulation (joint mot) for signature of notice form for fairness hrg
                        w/att prop form.

 NOTE -  1   08/25/04   Issued: Notice of prop settl of class action lawsuit.

  25 -   1   08/25/04   JKS Order granting joint mot for signature of notice form for fairness
                        hrg (24-1). cc: cnsl

  26 -   1   09/20/04   ZZZ 1 Objections to the proposed settlement.

  27 -   1   09/20/04   ZZZ 2 Objections to proposed settlement of class action.

  28 -   1   09/21/04   ZZZ 3 Objections to proposed settlement.

  29 -   1   09/21/04   ZZZ 4 Objections to proposed settlement.

  30 -   1   09/23/04   ZZZ 5 Objections to proposed settlement.
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0057--CV (JKS)
                      "ALEXANDER NOON ET AL V AK STATE BOARD OF ED"

                                 For all filing dates
```

```
Document #    Filed       Docket text

   31 -  1    09/23/04    ZZZ 6 Objections to proposed settlement.

   32 -  1    09/27/04    PLF 1-6 reply to ZZZ 1-6 objections to proposed class action serrlement.

   33 -  1    09/28/04    ZZZ 7 Objections to proposed settlement.

   34 -  1    09/28/04    DEF 1-4 response to objections to setttlement w/att exhs.

   35 -  1    09/30/04    JWS Court Minutes [ECR: Elisa Singleton] re: Fairness Hearing on
                          Proposed Class Settlement, held 9/30/04; Exhibits identified; settlement
                          found to be fair, adequate, and reasonable, Approved, with attachments.
                          cc: cnsl, C. Fannin, J. Jacobson, J. Rush, K. Mena, A. Johnston, R.
                          Johnston, C. Haugan, Judge Singleton

   36 -  1    10/29/04    PLF 1-6; DEF 1-4 (joint) Stipulation to ext fee negotiation period under
                          settl agreement.

   36 -  2    11/03/04    JKS Order granting (joint) stipulation to ext fee negotiation period
                          under settl agreement (36-1). cc: cnsl

   37 -  1    11/03/04    JKS Order granting final approval of class settlement. cc: cnsl

   38 -  1    11/09/04    PLF 1-6; DEF 1-4 stipulation to ext fee negotiation period under
                          settlement agreement.

   38 -  2    11/09/04    JKS Order granting stipulation to ext fee negotiation period under
                          settlement agreement (38-1); pltf's mot, if any, for atty fees due
                          2/15/05. cc: cnsl

   39 -  1    01/20/05    JKS Order granting final approval of class settlement. cc: cnsl

   40 -  1    02/02/05    PLF 1-6; DEF 1-4 Stipulation to ext fee negatiation period under
                          settlement agreement.

   40 -  2    02/07/05    RRB Order granting stipulation to ext fee negotiation period under
                          settlement agreement (40-1); the crt's prev odr setting ddln of 2/15/05
                          for pltf's to submit a mot for reasonable attys fees is VACATED. Any
                          such mot is due 5/20/05. cc: cnsl

   41 -  1    02/07/05    DOC #41 NOT USED

   42 -  1    05/20/05    PLF 1-6 motion for reasonable atty fees & costs, memorandum of points &
                          authorities w/att decl & exhs.

   43 -  1    05/27/05    DEF 1-2; 4 Unopposed motion for ext of time to file oppo to plf's mot
                          for atty fees w/att aff.

   44 -  1    05/31/05    JKS Order granting unopposed motion for ext of time to 7/1/05 to file
                          oppo to plf's mot for atty fees (43-1). cc: cnsl

   45 -  1    07/01/05    DEF 1-2; 4 Notice of supplementing the record with table of contents.

   46 -  1    07/01/05    DEF 1-2; 4 motion for leave to submit exh on a compact disk.

   47 -  1    07/01/05    DEF 1-2; 4 motion for leave to file overlength brief w/att oppo to plfs
                          mot for atty fees.
```

```
┌─────────────────────────────────────────────────────────────────────────┐
│            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA      │
│                CIVIL DOCKET ENTRIES FOR CASE A04-0057--CV (JKS)         │
│                "ALEXANDER NOON ET AL V AK STATE BOARD OF ED"            │
├─────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                         │
└─────────────────────────────────────────────────────────────────────────┘
```

```
Document #   Filed      Docket text
─────────── ─────────  ──────────────────────────────────────────────────────

    48 -  1  07/06/05   PLF 1-6 Unopposed motion for ext of time to file reply to defs' fee oppo
                        w/att notice & declaration.

    49 -  1  07/07/05   JKS Order granting motion for leave to file overlength brief (47-1). cc:
                        cnsl

    50 -  1  07/07/05   JKS Order granting motion for leave to submit exh on a compact disk
                        (46-1). cc: cnsl

    51 -  1  07/07/05   DEF 1-2; 4 opposition to PLF 1-6 motion for reasonable atty fees &
                        costs, memorandum of points & authorities (42-1) w/att exhs.

    52 -  1  07/08/05   JKS Order granting unopposed motion for ext of time to 7/21 to file
                        reply to defs' fee oppo (48-1). cc: cnsl

    53 -  1  07/12/05   PLF 1-6 notice of filing original signature of Stephen Tollafield re
                        unopposed motion for ext of time to file reply to defs' fee oppo (48-1).

    54 -  1  07/18/05   DEF 1-4 Notice of supplementing the record w/aff of Art Arnold re:oppo
                        to PLF 1-6 motion for reasonable atty fees & costs, memorandum of points
                        & authorities (42-1).

    55 -  1  07/21/05   PLF 1-6 reply to opposition to PLF 1-6 motion for reasonable atty fees &
                        costs, memorandum of points & authorities (42-1) w/att exhs.

    56 -  1  07/22/05   PLF 1-6 Request for Oral Argument re: PLF 1-6 motion for reasonable atty
                        fees & costs, memorandum of points & authorities (42-1).

    57 -  1  09/02/05   JKS Order denying motion for oral argument (56-1); supp briefs adressing
                        Benton due 9/19/05; no decsiion shall be reached until the time for supp
                        briefs passes. cc: cnsl

    58 -  1  09/12/05   PLF 1-6 Notice of change of lead cnsl from Sid Wolinsky to S.
                        Tollafield.

    59 -  1  09/19/05   PLF 1-6 Supplemental brief in support of motion for reasonable atty fees
                        & costs (42-1).

    60 -  1  09/19/05   DEF 1-2; 4 Supplement memorandum addressing Benton re: PLF 1-6 motion
                        for reasonable atty fees & costs (42-1).

    61 -  1  10/04/05   JKS Order granting in part motion for reasonable atty fees & costs,
                        memorandum of points & authorities (42-1); plfs are entitle to recover
                        from the SOA $268,308 atty fees & costs in an amt to be determined by
                        the clerk. cc: cnsl

    62 -  1  10/04/05   JKS Judgment re plfs to recover from defs $268,308 in atty fees for a
                        total jmt of $284,497.42. cc: cnsl, O&J 11883

    63 -  1  12/05/05   PLF 1-6 Address Change Notice.
```